IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )          8:06CR205
                              )
     v.                       )
                              )
NANCY LUNA,                   )          ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 55). The Court notes plaintiff has filed a written waiver of speedy trial, and said motion will be granted. Accordingly,

IT IS ORDERED that the motion to continue trial is granted; trial is rescheduled for:

**Monday, November 6, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties need additional time for trial preparation and possible plea negotiations. Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between October 16, 2006, and November 6, 2006, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 11th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court