IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR205 |
| | ) | |
| v. | ) | |
| | ) | |
| NANCY LUNA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 59) and its amended motion for dismissal (Filing No. 62). Plaintiff, United States of America, seeks to dismiss, with prejudice, the superseding indictment, as it relates to defendant, Nancy Luna, pursuant to Fed. R. Crim. P. 48(a). The original motion referred to the indictment, and the Court will deny that motion as moot. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for dismissal is denied as moot.

2) Plaintiff's amended motion for dismissal is granted; the superseding indictment, as it relates to Nancy Luna, is dismissed with prejudice.

DATED this 16th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court